# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| In re: GENNARO, MICHAEL T | § Case No. 11-24231-LBR |
| | § |
| | § |
| Debtor(s) | § |

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on September 07, 2011. The undersigned trustee was appointed on September 07, 2011.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          2,000.00

    Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim distribution | 936.73 |
| Administrative expenses | 413.61 |
| Bank service fees | 25.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 0.00 |
| Exemptions paid to the debtor | 624.66 |
| Other payments to the debtor | 0.00 |
| Leaving a balance on hand of [1]    $ | 0.00 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (05/1/2011)**

6. The deadline for filing non-governmental claims in this case was 05/10/2012 and the deadline for filing governmental claims was 03/05/2012. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $343.84. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $343.84 as interim compensation and now requests the sum of $0.00, for a total compensation of $343.84.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $69.77 and now requests reimbursement for expenses of $0.00, for total expenses of $69.77.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 05/18/2012          By: /s/Joseph B. Atkins, Trustee
                               Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (05/1/2011)**

Exhibit A

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-24231-LBR  
**Case Name:** GENNARO, MICHAEL T

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 09/07/11 (f)  
**§341(a) Meeting Date:** 10/07/11

**Period Ending:** 11/04/15

**Claims Bar Date:** 05/10/12

| | 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtor's Primary Residence 10062 Amber Field St. | 440,000.00 | 0.00 | | 0.00 | FA |
| 2 | Debtor's former residence 5664 Heather Breeze Ct | 295,000.00 | 0.00 | | 0.00 | FA |
| 3 | Wells Fargo Checking Acct | 52.08 | 0.00 | | 0.00 | FA |
| 4 | Wells Fargo Savings Acct | 225.03 | 0.00 | | 0.00 | FA |
| 5 | Chase Checking Acct | 12,393.10 | 0.00 | | 0.00 | FA |
| 6 | Color TV, 8 years old | 200.00 | 0.00 | | 0.00 | FA |
| 7 | Color TV, 3 years old | 500.00 | 0.00 | | 0.00 | FA |
| 8 | Apple laptop computer | 700.00 | 0.00 | | 0.00 | FA |
| 9 | White Couches (3) | 200.00 | 0.00 | | 0.00 | FA |
| 10 | Black Leather Chair | 50.00 | 0.00 | | 0.00 | FA |
| 11 | 3 Brown wood tables | 100.00 | 0.00 | | 0.00 | FA |
| 12 | Sony Stereo | 150.00 | 0.00 | | 0.00 | FA |
| 13 | GE Stove | 150.00 | 0.00 | | 0.00 | FA |
| 14 | GE Microwave Oven | 75.00 | 0.00 | | 0.00 | FA |
| 15 | GE Dishwasher | 100.00 | 0.00 | | 0.00 | FA |
| 16 | Washer and Dryer (broken, no value) | 0.00 | 0.00 | | 0.00 | FA |
| 17 | Kitchen Aid Refrigerator | 150.00 | 0.00 | | 0.00 | FA |
| 18 | Dining Room Set (table and 4 chairs) | 100.00 | 0.00 | | 0.00 | FA |
| 19 | Misc small appliances (mixer, blender) | 50.00 | 0.00 | | 0.00 | FA |
| 20 | Misc Used furnishings and decor, nothing unique | 100.00 | 0.00 | | 0.00 | FA |
| 21 | Misc used dishes and utensils. | 50.00 | 0.00 | | 0.00 | FA |
| 22 | Bedroom Set | 200.00 | 0.00 | | 0.00 | FA |
| 23 | Spare bed | 50.00 | 0.00 | | 0.00 | FA |
| 24 | Vacuum Cleaner | 25.00 | 0.00 | | 0.00 | FA |
| 25 | Misc. Used electronics | 100.00 | 0.00 | | 0.00 | FA |
| 26 | Misc. Used Tools | 100.00 | 0.00 | | 0.00 | FA |
| 27 | Misc. Used Men's clothing | 500.00 | 0.00 | | 0.00 | FA |

Exhibit A

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 11-24231-LBR  
**Case Name:** GENNARO, MICHAEL T

**Trustee:** (480040) Joseph B. Atkins, Trustee  
**Filed (f) or Converted (c):** 09/07/11 (f)  
**§341(a) Meeting Date:** 10/07/11  

**Period Ending:** 11/04/15  
**Claims Bar Date:** 05/10/12

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled And Unscheduled (u) Property) Ref. # | **Petition/ Unscheduled Values** | **Estimated Net Value** (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA=§554(a) | **Sale/Funds Received by the Estate** | **Asset Fully Administered (FA)/ Gross Value of Remaining Assets** |
| 28   Glock .40 cal pistol | 300.00 | 0.00 | | 0.00 | FA |
| 29   2 fishing poles and misc tackle | 30.00 | 0.00 | | 0.00 | FA |
| 30   Hartford 401k Account | 62,545.10 | 0.00 | | 0.00 | FA |
| 31   2011 TAX RETURN  (u) | 0.00 | 1,375.34 | | 1,375.34 | FA |
| 31   **Assets**   **Totals** (Excluding unknown values) | **$814,195.31** | **$1,375.34** | | **$1,375.34** | **$0.00** |

**Major Activities Affecting Case Closing:**

**Initial Projected Date Of Final Report (TFR):**   September 8, 2013   **Current Projected Date Of Final Report (TFR):**   May 22, 2012  (Actual)

Printed: 11/04/2015 10:06 AM    V.13.20

Exhibit B

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-24231-LBR  
**Case Name:** GENNARO, MICHAEL T  

**Taxpayer ID #:** **-***1861  
**Period Ending:** 11/04/15  

**Trustee:** Joseph B. Atkins, Trustee (480040)  
**Bank Name:** The Bank of New York Mellon  
**Account:** ****-******81-66 - Checking Account  
**Blanket Bond:** $5,000,000.00   (per case limit)  
**Separate Bond:** N/A  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/29/12 | | US TREASURY | 2011 tax ref | | 2,000.00 | | 2,000.00 |
| | {31} | | estate portion of tax ref     1,375.34 | 1224-000 | | | 2,000.00 |
| | | | debtor portion of tax ref     624.66 | 1280-000 | | | 2,000.00 |
| 04/05/12 | 101 | MICHAEL GENNARO | prorations & exemptions | 8100-002 | | 624.66 | 1,375.34 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 1,350.34 |
| 06/28/12 | 102 | US BANK N.A. | Dividend paid  5.63% on $16,276.71; Claim# 1; Filed: $16,276.71; Reference: 4359 | 7100-000 | | 917.08 | 433.26 |
| 06/28/12 | 103 | Ashley Funding Services, LLC its successors and | Dividend paid  5.63% on $333.60; Claim# 4; Filed: $333.60; Reference: 4560 | 7100-000 | | 18.80 | 414.46 |
| 06/28/12 | 104 | JOSEPH B. ATKINS | COMBINED CHECK FOR TRUSTEE COMPENSATION, EXPENSES AND INTEREST | | | 413.61 | 0.85 |
| | | | Dividend paid 100.00%   343.84<br>on $343.84;  Claim# TTEFEES; Filed: $343.84 | 2100-000 | | | 0.85 |
| | | | Dividend paid 100.00%   69.77<br>on $69.77;  Claim# TTEEXP; Filed: $69.77 | 2200-000 | | | 0.85 |
| 06/28/12 | 105 | U.S. Bankruptcy Court | COMBINED SMALL CHECK | 7100-000 | | 0.85 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 2,000.00 | 2,000.00 | **$0.00** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 2,000.00 | 2,000.00 | |
| | | | Less: Payments to Debtors | | | 624.66 | |
| | | | **NET Receipts / Disbursements** | | **$2,000.00** | **$1,375.34** | |

```
Net Receipts :              2,000.00
Less Payments to Debtor :     624.66
                           _____
Net Estate :               $1,375.34
```

| TOTAL - ALL ACCOUNTS | Net<br>Receipts | Net<br>Disbursements | Account<br>Balances |
|---|---|---|---|
| Checking # ****-******81-66 | 2,000.00 | 1,375.34 | 0.00 |
| | $2,000.00 | $1,375.34 | $0.00 |

{} Asset reference(s)

Printed: 11/04/2015 10:06 AM     V.13.20

# Court Claims Register

## Case: 11-24231-LBR    GENNARO, MICHAEL T

Claims Bar Date: 05/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 2 | ABERDEEN AT SOUTHERN HIGHLANDS HOMEONWERS ASSOC C/O RED ROCK FINANCIAL SERVICES 7251 AMIGO STREET #100 LAS VEGAS, NV 89119 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 02/16/12 | SECURED CREDITOR NOT ENTITLED TO ENTITLED TO ANY DIVIDEND PURSUANT TO DISTRIBUTION PROVISIONS OF THE BANKRUPTCY CODE | $624.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | BAC Home Loans Servicing 450 American St. Simi Valley, CA 93065 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/07/11 | ENDING IN 3325 | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | First Mortgage Corp. 3230 Follow Field Dr. Diamond Bar, CA 91765-3479 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/07/11 | ENDING IN 3596 | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Washington Federal Savings 425 N. Pike St. Seattle, WA 98101-2201 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/07/11 | ENDING IN 3602 | $0.00 $0.00 | $0.00 | $0.00 |
| NOTFILED | Clark County Water Reclamation District P.O. Box 98526 Las Vegas, NV 89193-8526 <4110-00   Real Estate--Consensual Liens (mortgages, deeds of trust, PMSI)>,  100 | Secured 09/07/11 | XXX7965 | $0.00 $0.00 | $0.00 | $0.00 |
| TTEEXP | JOSEPH B. ATKINS 3815 S. JONES BLVD., #5 LAS VEGAS, NV 89103 <2200-00   Trustee Expenses>,  200 | Admin Ch. 7 09/07/11 | | $69.77 $69.77 | $69.77 | $0.00 |
| TTEFEES | JOSEPH B. ATKINS 3815 S. JONES BLVD., #5 LAS VEGAS, NV 89103 <2100-00   Trustee Compensation>,  200 | Admin Ch. 7 09/07/11 | | $343.84 $343.84 | $343.84 | $0.00 |
| 1 | US BANK N.A. BANKRUPTCY DEPARTMENT P.O. BOX 5229 CINCINNATI, OH 45201-5229 <7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured 11/18/11 | 4359 ------------------------------------------------------------------------------- Schedule F Account: ENDING 8400 | $16,276.71 $16,276.71 | $917.08 | $15,359.63 |

# Court Claims Register

**Case: 11-24231-LBR     GENNARO, MICHAEL T**

Claims Bar Date: 05/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| 3 | ORION<br>C/O RECOVERY MANAGEMENT SYSTEMS CORP<br>25 SE 2ND AVENUE SUITE 1120<br>MIAMI, FL 33131-1605<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>04/05/12 | 3094 | $15.00<br>$15.00 | $0.85 | $14.15 |
| 4 | Ashley Funding Services, LLC its successors and<br>assigns as assignee of LabCorp<br>Resurgent Capital Services, PO Box 10587<br>Greenville, SC 29603-0587<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>05/09/12 | 4560<br>--------------------------------------------------------------------------------<br>Schedule F Account: ENDING IN 4560 | $333.60<br>$333.60 | $18.80 | $314.80 |
| NOTFILED | Advanced Pain Consultants<br>2650 Crimson Canyon Drive<br>Las Vegas, NV 89128<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | XX409 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Allied Collection Services<br>3080 S. Durango Dr. #208<br>Las Vegas, NV 89117-9194<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | XX257 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Anthony C. Ruggeroli, MD LTD<br>P.O. Box 370427<br>Las Vegas, NV 89137-0427<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | XX727 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Desert Orthopaedic Center<br>P.O. Box 50509<br>Henderson, NV 89016-0509<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | UNKNOWN | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | First American Home Buyers Protection<br>Dept LA Box 22784<br>Pasadena, CA 91185<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | ENDING IN 2316 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Transworld Systems Inc. Collection Agency<br>6655 West Sahara Ave #A-210<br>Las Vegas, NV 89146<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | ENDING IN 2316 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Court Claims Register

**Case: 11-24231-LBR        GENNARO, MICHAEL T**

Claims Bar Date:   05/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Las Vegas Skin and Cancer Clinic<br>P.O. Box 2150<br>Redlands, CA 92373-0701<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | XX2087 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Las Vegas Valley Water District<br>1001 S. Valley View Blvd<br><br>Las Vegas, NV 89153<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | ENDING IN 8347-8 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Spring Valley Medical Center<br>5400 S. Rainbow Blvd.<br>Las Vegas, NV 89118<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | ENDING IN 5705 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Procare Medical Center<br>6870 S. Rainbow, Suite 107<br>Las Vegas, NV 89118-2106<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | XX403 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Republic Services<br>Division #620<br>P.O. Box 78829<br>Phoenix, AZ 85062-8829<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | 4986XXXX | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Coast to Coast Financial Solutions<br>101 Hodencamp Road, Suite 120<br>Thousand Oaks, CA 91360<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | 4986XXXX | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Sunridge Animal Hospital<br>10850 S. Eastern Ave.<br>Henderson, NV 89052<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | XX510 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Surgical Arts Center<br>File 749235<br>Los Angeles, CA 90074<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | XX932 | $0.00<br>$0.00 | $0.00 | $0.00 |
| NOTFILED | Quantum Collections<br>3224 Civic Center Dr.<br>North Las Vegas, NV 89030-4506<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | ENDING IN 0032 | $0.00<br>$0.00 | $0.00 | $0.00 |

# Court Claims Register

**Case: 11-24231-LBR        GENNARO, MICHAEL T**

Claims Bar Date:  05/10/12

| Claim Number | Claimant Name / <Category>, Priority | Claim Type/ Date Filed | Claim Ref./ Notes | Amount Filed/ Allowed | Paid to Date | Claim Balance |
|---|---|---|---|---|---|---|
| NOTFILED | Quest Diagnostics<br>P.O. Box 31001-1542<br>Pasadena, CA 91110-1542<br><7100-00   General Unsecured § 726(a)(2)>,  610 | Unsecured<br>09/07/11 | A41066XXX | $0.00<br>$0.00 | $0.00 | $0.00 |
| | | | **Case Total:** | | **$1,350.34** | **$15,688.58** |

**TRUSTEE'S PROPOSED DISTRIBUTION**                    Exhibit D

Case No.: 11-24231-LBR
Case Name: GENNARO, MICHAEL T
Trustee Name: Joseph B. Atkins, Trustee

**Balance on hand:**                    $             0.00

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors:    $             0.00
Remaining balance:    $             0.00

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for chapter 7 administration expenses:    $             0.00
Remaining balance:    $             0.00

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses:    $             0.00
Remaining balance:    $             0.00

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for priority claims:    $             0.00
Remaining balance:    $             0.00

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

**UST Form 101-7-TFR (05/1/2011)**

Timely claims of general (unsecured) creditors totaling $ 16,625.31 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.6 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | US BANK N.A. | 16,276.71 | 917.08 | 0.00 |
| 3 | ORION | 15.00 | 0.85 | 0.00 |
| 4 | Ashley Funding Services, LLC its successors and | 333.60 | 18.80 | 0.00 |

Total to be paid for timely general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for tardy general unsecured claims: $ 0.00
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

**UST Form 101-7-TFR (05/1/2011)**

**UST Form 101-7-TFR (05/1/2011)**